WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 (Vera/Stipulation and Proposed Order re: Answer of CWR)
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net

Attorneys for Defendant,
CAL WESTERN RECONVEYANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| JOSE VERA,<br><br>        Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES LLC; GMAC MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS, IN TRUST FOR, RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-Q04; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HOMECOMINGS FINANCIAL, LLC, a business organization, form unknown; HOMECOMINGS FINANCIAL NETWORK, INC., a business organization, form unknown; TRIMERICA MORTGAGE CORPORATION, a business organization, form unknown; AND DOES 1-100 INCLUSIVE,<br><br>        Defendants. | Case No.: 4:09-CV-03626 CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: RESPONSE OF DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION** |

-1-

1      NOW COME the parties to the above-captioned action, and Stipulate and Agree as

2   follows:

3      1. Plaintiff filed the original Complaint on July 1, 2009, in the Superior Court of

4   California, County of Sonoma.  The action was removed to this Court on August 7, 2009,

5   pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a).

6      2.      Defendant Cal-Western Reconveyance Corporation filed a Declaration of

7   Non-Monetary Status on August 26, 2009.  Plaintiff objected to the Declaration of Non-

8   Monetary Status on September 4, 2009.

9      3.      On Plaintiff filed a First Amended Complaint on October 2, 2009 pursuant to

10  Fed.R.Civ.P. 15(a)(1).  Pursuant to Stipulation and Order, Plaintiff filed a Second Amended

11  Complaint on November 23, 2009.

12     4.      On December 9, 2009, Defendants Aurora Loan Services, LLC and Deutsche

13  Bank Trust Company America's filed a Motion to Dismiss Plaintiff's Second Amended

14  Complaint, set to be heard on January 14, 2010.  On December 11, 2009, the Court gave

15  notice that it was taking the Motion to Dismiss under submission and the January 14, 2010

16  hearing is vacated.

17     5.      On December 16, 2009, Defendants GMAC Mortgage Corporation and

18  Homecomings Financial, LLC filed a Motion to Dismiss the Second Amended Complaint, set

19  to be heard on February 18, 2010.

20     6.      The parties hereby stipulate and agree that Cal-Western Reconveyance

21  Corporation may have an extension to respond to the Second Amended Complaint, pending

22  the results of the Motions to Dismiss currently on calendar.  Should the January 14, 2010

23  Motion to Dismiss and the February 18, 2010 Motion to Dismiss be overruled, Cal-Western

24  Reconveyance Corporation will respond to the Second Amended Complaint within 15 days

25  of the February 18, 2010 ruling.  If either Motion to Dismiss is granted, allowing a Third

26  Amended Complaint, Cal-Western Reconveyance will respond to a Third Amended

27  Complaint within twenty (20) days of service.

28

1

2   IT IS SO STIPULATED.

3   Dated:  December 18, 2009              LAW OFFICE OF ALLAN J. CORY

4                                  By:    */Allan J. Cory/*
                                          Allan J. Cory,
5                                         Attorney for Plaintiff, Jose Vera

6

7

8   Dated:  December 18, 2009              WRIGHT, FINLAY & ZAK, LLP

9                                  By:    */Robin Prema Wright/*
                                          Robin Prema Wright,
10                                        Attorney for Defendant Cal-Western
                                          Reconveyance Corporation
11

12  Dated:  December 18, 2009              AKERMAN SENTERFITT LLP

13
                                   By:    */Justin D. Balser/*
14                                        Justin D. Balser
                                          Attorneys for Defendants Aurora Loan Services,
15                                        LLC and Deutsche Bank Trust Company
                                          Americas, as trustee for the Residential Accredit
16                                        Loans, Inc. Mortgage Asset-Backed Pass-
                                          Through Certificates, Series 2005-Q04
17

18

19  Dated:  December 18, 2009              HOUSER AND ALLISON

20                                 By:    */Robert L. Drieseen/*
                                          Robert L. Drieseen
21                                        Attorneys for Defendant Mortgage
                                          Electronic Registration Systems, Inc.
22

23

24  Dated:  December 18, 2009              PALMER,LOMBARDI & DONOHUE LLP

25                                 By:    */Frederick A. Haist/*
                                          Frederick A. Haist
26                                        Attorneys for Defendant GMAC Mortgage
                                          LLC (f/k/a GMAC Mortgage Corporation)
27                                        And Homecomings Financial LLC (f/k/a
                                          Homecomings Financial Network, Inc.)
28

-3-

1

2

## ORDER

3

Pursuant to the Stipulation of the parties and good cause appearing therefore,

4

5

      1.     The parties hereby stipulate and agree that Cal-Western Reconveyance Corporation may have an extension to respond to the Second Amended Complaint, pending the results of the Motions to Dismiss currently on calendar. Should the January 14, 2010 Motion to Dismiss and the February 18, 2010 Motion to Dismiss be overruled, Cal-Western Reconveyance Corporation will respond to the Second Amended Complaint within 15 days of the February 18, 2010 Motion to Dismiss ruling. If either Motion to Dismiss is granted, allowing for a Third Amended Complaint, Cal-Western Reconveyance will respond to a Third Amended Complaint within twenty (20) days of service.

6

7

8

9

10

11

12

13

IT IS SO ORDERED.

14

15

Dated: December 28, 2009

16

_____

U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: ANSWER OF DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION