Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-569-1547

Attorney for Plaintiff,
Jose Vera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERA<br><br>            Plaintiff,<br><br>        vs.<br><br>AURORA LOAN SERVICES LLC;<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION;<br>DEUTSCHE BANK TRUST COMPANY<br>AMERICAS, IN TRUST FOR, RESIDENTIAL<br>ACCREDIT LOANS, INC. MORTGAGE<br>ASSET-BACKED PASS-THROUGH<br>CERTIFICATES, SERIES 2005-QO4;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br>HOMECOMINGS FINANCIAL, LLC;<br>HOMECOMINGS FINANCIAL NETWORK,<br>INC., a business organization, form unknown;<br>TRIMERICA MORTGAGE CORPORATION,<br>a business organization, form unknown. | Case No: CV 09-03626-CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS (ORIGINALLY SET FOR HEARING ON FEBRUARY 18, 2010)** |

-1-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

Plaintiff Jose Vera ("Plaintiff"), by and through counsel of record, and Defendants Homecomings Financial, LLC ("Homecomings"), GMAC Mortgage Corporation ("GMAC"), Cal-Western Reconveyance Corporation ("Cal-Western"), and Mortgage Electronic Registration System ("MERS"), by and through their respective counsel of record stipulate as follows:

WHEREAS all parties have in principal agreed on a proposed settlement in the above action and are making a good faith effort to dedicate the resolution to a final writing;

WHEREAS it is believed by all parties that such settlement may be achieved without further involvement by the court;

WHEREAS it is believed by all parties that such settlement will result in the dismissal of all parties to the action;

WHEREAS Homecomings, GMAC, and MERS have a reply due to Plaintiff's Opposition Defendants' Motion to Dismiss the Second Amended Complaint by February 4, 2010;

WHEREAS all parties believe justice will be furthered and judicial resources conserved if Homecomings, GMAC, and MERS are allowed additional time to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint;

IT IS HEREBY STIPULATED, and the parties request that the Court Order that any reply by Homecomings, GMAC, and MERS to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint be filed no later than February 18, 2010.  Alternatively, the parties request that the Court continue the hearing date at least 2 weeks to March 4, 2010, making Homecomings, GMAC, and MERS' Reply due on February 18, 2010.

**IT IS SO STIPULATED.**

///

///

///

///

-2-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

DATED:  February 1, 2010

        LAW OFFICE OF ALLAN J. CORY

        By: /S/ Allan Cory

           Allan J. Cory

           Attorney for Plaintiff JOSE VERA

DATED: February 1, 2010

        WRIGHT, FINLAY & ZAK, LLP

        By: /S/ Robin P. Wright

           Robin P. Wright

           Attorney for Defendant CAL-WESTERN

           RECONVEYANCE CORPORATION

DATED: February 1, 2010

        HOUSER AND ALLISON

        By: /S/ Robert L. Driessen

           Robert L. Driessen

           Attorneys for Defendant MORTGAGE

           ELECTRONIC REGISTRATION SYSTEMS,

           INC.

///

///

///

///

///

-3-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

DATED: February 1, 2010

                                      PALMER, LOMBARDI & DONOHUE LLP

                                      By: /S/ Frederick A. Haist

                                            Frederick A. Haist

                                            Attorneys for Defendant GMAC MORTGAGE, LLC (f/k/a GMAC MORTGAGE CORPORATION) and HOMECOMINGS FINANCIAL, LLC (f/k/a HOMECOMINGS FINANCIAL NETWORK, INC.)

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, any reply by Homecomings, GMAC, and MERS to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint shall be filed no later than February 18, 2010.

**IT IS SO ORDERED.**

      2/3/10

Dated:_____   _____

                                        Hon. Claudia Wilken

                                          United States District Court Judge