Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-569-1547

Attorney for Plaintiff,
Jose Vera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERA<br><br>             Plaintiff,<br><br>          vs.<br><br>AURORA LOAN SERVICES LLC;<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION;<br>DEUTSCHE BANK TRUST COMPANY<br>AMERICAS, IN TRUST FOR, RESIDENTIAL<br>ACCREDIT LOANS, INC. MORTGAGE<br>ASSET-BACKED PASS-THROUGH<br>CERTIFICATES, SERIES 2005-QO4;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br>HOMECOMINGS FINANCIAL, LLC;<br>HOMECOMINGS FINANCIAL NETWORK,<br>INC., a business organization, form unknown;<br>TRIMERICA MORTGAGE CORPORATION,<br>a business organization, form unknown. | Case No: CV 09-03626-CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS (ORIGINALLY SET FOR HEARING ON FEBRUARY 18, 2010)** |

-1-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

Plaintiff Jose Vera ("Plaintiff"), by and through counsel of record, and Defendants Homecomings Financial, LLC ("Homecomings"), GMAC Mortgage Corporation ("GMAC"), , by and through their respective counsel of record stipulate as follows:

WHEREAS all parties have in principal agreed on a proposed settlement in the above action and are making a good faith effort to dedicate the resolution to a final writing;

WHEREAS it is believed by all parties that such settlement may be achieved without further involvement by the court;

WHEREAS Plaintiff's agreement to the proposed settlement is contingent upon the final preparation and production of documents within the control of a third-party (Aurora Loan Services, LLC) and that such documents are believed to be forthcoming;

WHEREAS it is believed by all parties that such settlement will result in the dismissal of all parties to the action;

WHEREAS Homecomings and GMAC have a reply due to Plaintiff's Opposition Defendants' Motion to Dismiss the Second Amended Complaint by February 18, 2010;

WHEREAS all parties believe justice will be furthered and judicial resources conserved if Homecomings and GMAC are allowed additional time to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint—the parties believe that additional time will allow them to complete the settlement agreements and will lead to dismissal of the case without the need for the court to decide the motion to dismiss;

IT IS HEREBY STIPULATED, and the parties request that the Court Order that any reply by Homecomings and GMAC to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint be filed no later than March 18, 2010.  Alternatively, the parties request that the Court continue the hearing date to at least April 1, 2010, making Homecomings and GMAC Reply due on March 18, 2010.

**IT IS SO STIPULATED.**

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

DATED:  February 16, 2010

          LAW OFFICE OF ALLAN J. CORY

          By: /S/ Allan Cory

            Allan J. Cory

            Attorney for Plaintiff JOSE VERA

DATED: February 16, 2010

          PALMER, LOMBARDI & DONOHUE LLP

          By: /S/ Frederick A. Haist

            Frederick A. Haist

            Attorneys for Defendant GMAC MORTGAGE, LLC (f/k/a GMAC MORTGAGE CORPORATION) and HOMECOMINGS FINANCIAL, LLC (f/k/a HOMECOMINGS FINANCIAL NETWORK, INC.)

//
//
//
//
//
//
//
//

-3-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, any reply by Homecomings and GMAC to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint shall be filed no later than March 18, 2010.

**IT IS SO ORDERED.**

Dated: 2/18/10

_____
Hon. Claudia Wilken
United States District Court Judge