Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-569-1547


Attorney for Plaintiff,
Jose Vera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERA | ) Case No: CV 09-03626-CW |
| Plaintiff, | ) Hon. Claudia Wilken |
| vs. | ) |
| AURORA LOAN SERVICES LLC; CAL-WESTERN RECONVEYANCE CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS, IN TRUST FOR, RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QO4; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HOMECOMINGS FINANCIAL, LLC; HOMECOMINGS FINANCIAL NETWORK, INC., a business organization, form unknown; TRIMERICA MORTGAGE CORPORATION, a business organization, form unknown. | ) **STIPULATION AND ~~PROPOSED~~ ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS (ORIGINALLY SET FOR HEARING ON FEBRUARY 18, 2010)** |

-1-

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

1    Plaintiff Jose Vera ("Plaintiff"), by and through counsel of record, and Defendant

2  Mortgage Electronic Registration System ("MERS"), by and through their respective counsel of

3  record stipulate as follows:

4    WHEREAS all parties have in principal agreed on a proposed settlement in the above

5  action and are making a good faith effort to dedicate the resolution to a final writing;

6    WHEREAS it is believed by all parties that such settlement may be achieved without

7  further involvement by the court;

8    WHEREAS it is believed by all parties that such settlement will result in the dismissal

9  of all parties to the action;

10    WHEREAS MERS have a reply due to Plaintiff's Opposition Defendants' Motion to

11  Dismiss the Second Amended Complaint by February 4, 2010;

12    WHEREAS all parties believe justice will be furthered and judicial resources conserved

13  if MERS are allowed additional time to reply to Plaintiff's Opposition to Defendants' Motion to

14  Dismiss the Second Amended Complaint;

15    IT IS HEREBY STIPULATED, and the parties request that the Court Order that any

16  reply by MERS to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended

17  Complaint be filed no later than February 18, 2010.  Alternatively, the parties request that the

18  Court continue the hearing date at least 2 weeks to March 4, 2010, making MERS' Reply due on

19  February 18, 2010.

20  **IT IS SO STIPULATED.**

21    DATED:  February 1, 2010

22                    LAW OFFICE OF ALLAN J. CORY

23

24                    By: /S/ Allan Cory

25                        Allan J. Cory

26                        Attorney for Plaintiff JOSE VERA

27                        -2-

28

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS

1    DATED: February 1, 2010

2                                                  HOUSER AND ALLISON

3

4                                                  By: /S/ Robert L. Driessen

5                                                      Robert L. Driessen

6                                                      Attorneys for Defendant MORTGAGE

7                                                      ELECTRONIC REGISTRATION SYSTEMS,

8                                                      INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                              -3-
28

1

## ORDER

2      Pursuant to the stipulation of the parties and good cause appearing therefore, any reply by

3   MERS to Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended

4   Complaint shall be filed no later than February 18, 2010.

5

6      **IT IS SO ORDERED.**

7                    2/23/10                        

8      Dated:_____          _____

9                                       Hon. Claudia Wilken

10                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                      −4−

28

STIPULATION AND PROPOSED ORDER RE REPLY TO OPPOSITION TO MOTIONS TO DISMISS