UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JOSE VERA,<br><br>        Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, CAL-WESTERN RECONVEYANCE CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS, IN TRUST FOR, RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-Q04; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., HOMECOMINGS FINANCIAL LLC; HOMECOMINGS FINANCIAL NETWORK INC., a business organization, form unknown; TRIMERICA MORTGAGE CORPORATION, a business organization, form unknown,<br><br>        Defendants. | Case No. C09-03626-CW<br>Hon. Claudia Wilkin<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS AURORA LOAN SERVICES LLC AND DEUTSCHE BANK TRUST COMPANY AMERICAS**<br><br><br><br>Complaint Filed: July 1, 2009<br>Trial Date:     None |

///

///

///

///

///

For good cause appearing, and based on the stipulation between plaintiff Jose Vera (**plaintiff**) and defendants Aurora Loan Services LLC (**Aurora**) and Deutsche Bank Trust Company Americas, as trustee for Residential Accredit Loans Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-Q04 (**DBTCA**),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that defendants Aurora and DBTCA are dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Date: 3/25/2010

_____
Hon. Claudia Wilken
United States District Court Judge