1 | Allan J. Cory SBN: 224289
2 | Email: cory@sonic.net
  | LAW OFFICE OF ALLAN J. CORY
  | 740 4th Street,
3 | Santa Rosa, CA 95404
  | Office: 707-527-8810
4 | Fax:    707-569-1547

5

6 | Attorney for Plaintiff,
  | Jose Vera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| JOSE VERA, | Case No. C09-03626-CW |
| | Hon. Claudia Wilken |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DISMISSING THE ENTIRE ACTION, WITH PREJUDICE |
| AURORA LOAN SERVICES, LLC, CAL-WESTERN RECONVEYANCE CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS, IN TRUST FOR, RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-Q04; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., HOMECOMINGS FINANCIAL LLC; HOMECOMINGS FINANCIAL NETWORK INC., a business organization, form unknown; TRIMERICA MORTGAGE CORPORATION, a business organization, form unknown, | Complaint Filed: July 1, 2009<br>Trial Date:       None |
| Defendants. | |

///

///

///

///

///

1
**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1 For good cause appearing,

2 IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that all defendants are dismissed
3 from this action with prejudice.

4 **IT IS SO ORDERED.**

5 Date: 3/25/2010

6 _____
Hon. Claudia Wilken
7 United States District Court Judge